**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRADY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:23-cv-00073-RBM-MSB<br><br>**ORDER GRANTING JOINT MOTION STAY ACTION PENDING ARBITRATION**<br><br>**[Doc. 5]** |

Presently before the Court is a joint motion filed by Plaintiff Michael Brady ("Plaintiff") and Defendant Citibank, N.A. ("Defendant") (collectively the "Parties"). (Doc. 5.) The Parties have agreed and stipulated to stay this action and to submit all claims to binding individual arbitration with the American Arbitration Association pursuant to the terms of the arbitration provision contained in the credit card agreement governing Plaintiff's credit card account with Defendant. (*Id*. at 2.) The Parties attached a copy of the credit card agreement as Exhibit A to the instant motion. (*See* Doc. 5-1.)

Good cause appearing, the joint motion to stay this action and arbitrate all claims is **GRANTED**. Plaintiff's claims against Defendant shall proceed in arbitration. This case is **STAYED** pending conclusion of the arbitration. The parties are **ORDERED** to jointly file a status report within 14 days following the completion of the arbitration proceedings,

advising the Court of the outcome of the arbitration.  The joint status report should include a request to either dismiss the case or vacate the stay.

**IT IS SO ORDERED**.

DATE:  March 2, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE