# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADY,<br><br>                Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>                Defendant. | Case No.: 3:23-cv-00073-RBM-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. 7]** |

Good cause appearing, the parties' joint motion for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 7) is **GRANTED**. This action is dismissed in its entirety, and all claims are **DISMISSED WITH PREJUDICE**. The parties shall bear their own attorneys' fees and costs. The Clerk of Court is directed to close the case.

      **IT IS SO ORDERED**.

DATE: May 22, 2023

                                                     */s/ Ruth Bermudez Montenegro*<br>
                                     HON. RUTH BERMUDEZ MONTENEGRO<br>
                                     UNITED STATES DISTRICT JUDGE